

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-85,253-01

### EX PARTE JAMES EDWARD SHAW, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14957A IN THE 29TH DISTRICT COURT
### FROM PALO PINTO COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to forty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Shaw v. State*, No. 11-13-00241-CR (Tex. App.—Eastland Aug. 6, 2015) (not designated for publication).

Applicant contends, among other things, that the $10,000 fine in the judgment is unauthorized. We agree. The judgment in cause number 14957 in the 29th District Court of Palo

Pinto County is reformed to delete the $10,000 fine. All other relief is denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 2, 2016
Do not publish